PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC 15 PM 3: 27

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.                                    **Docket # 8:03CR397**

**Peggy S. Brahmsteadt**

---

On May 11, 2004, Peggy S. Brahmsteadt was sentenced to six months custody, to be followed by 36 months supervised release. The period of supervised release commenced October 26, 2004. Mrs. Brahmsteadt has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Peggy S. Brahmsteadt be discharged from supervision.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15__ day of __Dec__, 2006.

The Honorable Joseph F. Bataillon
Chief United States District Judge